IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| GENOSOURCE, LLC,<br>　　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>INGURAN, LLC, dba SEXING TECHNOLOGIES,<br>　　　Defendant/Counter-Plaintiff,<br>_____<br><br>INGURAN, LLC, dba SEXING TECHNOLOGIES,<br>　　　Third-Party Plaintiff,<br><br>v.<br><br>HAWKEYE BREEDER SERVICES, INC.,<br>　　　Third-Party Defendant. | **PARTIES' LR 41(B)<br>NOTICE OF SETTLEMENT**<br><br>Case No. 18-CV-113-CJW-KEM |
| INGURAN, LLC dba SEXING TECHNOLOGIES,<br>　　　Plaintiff,<br><br>v.<br><br>GENOSOURCE, LLC and HAWKEYE BREEDERS SERVICE, INC.,<br>　　　Defendants.<br>_____<br><br>GENOSOURCE, LLC,<br>　　　Counter-Plaintiff,<br><br>v.<br><br>INGURAN, LLC, dba SEXING TECHNOLOGIES,<br>　　　Counter-Defendant.<br>_____ | Case No. 19-CV-30-CJW-KEM |

| | |
|---|---|
| GENOSOURCE, LLC,<br>  Plaintiff,<br><br>v.<br><br>INGURAN, LLC, dba SEXING TECHNOLOGIES,<br>  Defendant. | Case No. 19-CV-59-CJW-KEM |

Pursuant to Local Rule 41(b), the Parties GenoSource, LLC ("GenoSource"), Inguran, LLC dba Sexing Technologies ("ST") and Hawkeye Breeders Service, Inc. ("Hawkeye"; GenoSource, ST and Hawkeye are collectively "the Parties") hereby provide notice to the Court (and the Clerk of Court) that GenoSource and ST have settled their dispute, which settlement will result in the dismissal of all pending claims against all Parties. Pursuant to their settlement, the Parties are working on the preparation of formal settlement documents, including the filing of final dismissal pleadings pursuant to Fed. R. Civ. P. 41(a) in the above-referenced actions within 30 days in accord with LR 41(b).

Date: August 19, 2019

          */s/ Timothy J. Hill*
         TIMOTHY J. HILL (#LI0015821)
          Direct Dial: (319) 861-8758
          Email: thill@bradleyriley.com
         DAVID M. CAVES (#AT0012961)
          Direct Dial: (319) 861-8728
          Email: dcaves@bradleyriley.com
          of
         BRADLEY & RILEY PC
         2007 First Avenue SE
         P.O. Box 2804
         Cedar Rapids, IA  52406-2804
         Phone: (319) 363-0101
         Fax: (319) 363-9824

         and

         Holly A. Harrison (Illinois #6191675)
          Direct Dial: (312) 638-8777
          Email: hollyharrison@hlawllc.com

Michael L. Rice    (Illinois #6325385)
    Direct Dial: (312) 638-8781
    Email: mikerice@hlawllc.com
David G. Jorgensen    (Illinois #6309359)
    Direct Dial: (312) 638-8779
    Email: davidjorgensen@hlawllc.com
Katherine Anne Garceau Sobiech
    (Illinois #6323929)
    Direct Dial: (312) 638-8789
    katherinegarceau@hlawllc.com
Harrison Law LLC
One N. LaSalle Street, Suite 2001
Chicago, IL 60602
Phone:    (312) 638-8776
Fax:    (312) 638-8793
(Admitted *Pro hac vice*)

ATTORNEYS FOR GENOSOURCE, LLC


          */s/ Angela Morales*
Jesse Linebaugh, AT0004744
*jesse.linebaugh@faegrebd.com*
Angela Morales, AT0005476
*angela.morales@faegrebd.com*
FAEGRE BAKER DANIELS LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309-8011
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

Kirt S. O'Neill, *pro hac vice* admitted
*koneill@akingump.com*
Dennis J. Windscheffel, *pro hac vice* admitted
*dwindscheffel@akingump.com*
Clayton N. Matheson, *pro hac vice* admitted
*cmatheson@akingump.com*
AKIN GUMP STRAUSS HAUER & FELD LLP
112 E. Pecan Street, Suite 1010
San Antonio, TX 78205-1512
Telephone: (210) 281-7000
Facsimile: (210) 224-2035

Michael F. Reeder, II, *pro hac vice* admitted
*mreeder@akingump.com*

AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana St., 44th Floor
Houston, TX 77002-5200
Telephone: 713.220.5800
Facsimile: 713.236.0822

ATTORNEYS FOR INGURAN, LLC DBA
SEXING TECHNOLOGIES


    */s/ Jason M. Craig*
John D. Hintze (AT0003507)
Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: jhintze@ahlerslaw.com
       jcraig@ahlerslaw.com

ATTORNEYS FOR HAWKEYE BREEDERS
SERVICE, INC.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon all parties by CM/ECF electronic notification this 19th day of August, 2019. I declare under penalty of perjury that the foregoing is true and correct.

    */s/ Ashley Wessels*